IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01916-WYD-KMT

VERONICA I. DELOREY, and
DENNIS P. DELOREY,

    Plaintiffs,

v.

P & B TRANSPORTATION INC., and
DAVID HONDL,

    Defendants.

---

## **MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion for Protective Order" (#20, filed March 17, 2008) is GRANTED. The Protective Order will be entered.

Dated: March 18, 2008