IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01916-WYD-KMT


VERONICA I. DELOREY, and
DENNIS P. DELOREY,

      Plaintiffs,

v.

P & B TRANSPORTATION INC., and
DAVID HONDL,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendants' Motion for Leave to File Surreply to Plaintiffs' Reply Brief to Defendants'
Response Re Plaintiffs' Motion to Add Punitive Damage Claim" (#50, filed October 24, 2008) is
DENIED.  The surreply (#51, filed October 24, 2008) is STRICKEN.

Dated: October 28, 2008