IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01916-WYD-KMT | FTR |
| Date: December 16, 2008 | Debra Brown, Deputy Clerk |
| VERONICA I. DELOREY, et al. | Stefanie M. Selden |
| Plaintiff, | |
| v. | |
| P & B TRANSPORTATION, INC. | Arthur Joel Kutzer<br>Joel A. Palmer |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session: 9:29 a.m.**

Court calls case. Appearances of counsel.

The proposed Preliminary/ Final Pretrial Order is reviewed.

**ORDERED:** Plaintiff's MOTION to Amend/Correct/Modify [2] Complaint to Add Punitive Damage Claim [Document #34, filed August 07, 2008] is **DENIED for the reasons stated on the record.**

**ORDERED:** The Proposed Final Pretrial Order was not approved. A revised Proposed Final Pretrial Order reflecting changes as indicated by the Court is due on or before close of business December 19, 2008 to tafoya_chambers@cod.uscourts.gov.

**ORDERED:** A third **Settlement Conference** will be set upon request if considered by the parties to be warranted.

**Court in Recess: 9:45 a.m.**
Total In-Court Time 0:17; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.