**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

Civil Action No.   07-cv-01916-WYD-KMT                 FTR

**Date:**  April 27, 2009                                             Debra Brown, Deputy Clerk

VERONICA I. DELOREY, et al.                             Stefanie M. Selden

                                    Plaintiff,

v.

P & B TRANSPORTATION, INC.                           Arthur Joel Kutzer
                                                                          Joel A. Palmer

                                    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**MOTIONS HEARING**

**Court in Session: 8:31 a.m.**

Court calls case.  Appearance by counsel.

Defendant's [93] MOTION to Compel filed April 17, 2009; Plaintiff's [120] RESPONSE to Motion re [93] MOTION to Compel Plaintiffs' Motion In Opposition to Defendants' Combined Motions to Compel filed April 24, 2009, and Plaintiff's [99] First MOTION for Trial Add One Witness filed April 20, 2009 and  are at issue:

Statements by Ms. Selden.
Questions by the Court.
Statements by Mr. Palmer.
Rebuttal by Ms. Selden.

The Court notes for the record that foundation is stipulated as to the non-retained expert, cliff Edwards.

**ORDERED:**    Defendant's "Combined Motions to Compel" [Document #93, filed April 17, 2009 is **GRANTED as follows:**

1.              The continuing deposition of Plaintiff Veronica Delorey regarding new damages allegations and ongoing treatment shall go forward. The Defendants are not permitted to go back over items already covered. The deposition shall be scheduled at a time convenient with Plaintiff's work schedule. The deposition will be limited to three (3) hours.

2.        As to production of unredacted 2008-2009 medical records of Plaintiff, Veronica Delorey, the Motion to Compel is granted and the records will be produced in their entirety. Only items as Plaintiff's social security number or her family medical history shall be redacted.

3.        With respect to copies of the files of Plaintiffs' expert witnesses, the Motion to Compel is granted. Plaintiff shall provide to Defendants the complete files for Plaintiffs' three specially retained expert witnesses: Patrick Orbino, Dr. Michael Weissberg, and Veryl Paul Herbert within **10 days from today.**

4.        With respect to Defendants request to interview Veronica Delorey's Former Psychologist, John Rifkin, the motion to compel is **granted** as set forth on the record.

**ORDERED:**    Plaintiff's [99] First MOTION for Trial Add One Witness filed April 20, 2009 is **DENIED.**  The Court declines to assess costs in this matter.

**Court in recess: 9:40 a.m.**
Total In-Court Time 1:10; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.