**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   April 27, 2009 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **07-cv-01916-WYD-KMT**          Counsel:

**VERONICA I. DELOREY; and**                                  Stefanie Seldon
**DENNIS P. DELOREY**,

       Plaintiffs,

v.

**P & B TRANSPORTATION, INC.; and**                      J. Bradley Hardman
**DAVID HONDL**,                                                         Joel A. Palmer

       Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**4:11 p.m.**     Court in Session

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

4:13 p.m.       Discussion regarding outcome of hearing before Magistrate Judge Kathleen M. Tafoya.

             Plaintiffs' Motion to Permit Telephonic or Teleconference Testimony of a Lay Witness, Tanga Williams, at Trial [doc. #122], filed April 27, 2009, is raised for argument.

4:14 p.m.       Argument by Plaintiffs (Ms. Selden).

| | |
|---|---|
| 4:16 p.m. | Argument by Defendants (Mr. Palmer). |
| 4:18 p.m. | Argument by Plaintiffs (Ms. Selden). |
| **ORDERED:** | Plaintiffs' Motion to Permit Telephonic or Teleconference Testimony of a Lay Witness, Tanga Williams, at Trial [doc. #122], filed April 27, 2009, is **GRANTED.** Witness Tanga Williams will be allowed to testify by video conference. |
| **ORDERED:** | Counsel shall meet and confer in an attempt to resolve issues pertaining to the scope of the testimony of Tanga Williams. |
| 4:26 p.m. | Discussion regarding exhibit lists, witness lists, and estimated length of trial. |
| **ORDERED:** | Parties shall file amended exhibit and witness lists not later than **Wednesday, May 6, 2009.** |
| | Pending motions are raised for argument. |
| 4:55 p.m. | Argument by Defendants (Mr. Palmer). |
| 4:58 p.m. | Argument by Plaintiffs (Ms. Selden). |
| 5:01 p.m. | Argument by Defendants (Mr. Palmer). |
| 5:04 p.m. | Argument by Defendants (Mr. Palmer). |
| **ORDERED:** | Plaintiffs' First Motion in Limine [doc. #56], filed December 10, 2008, is **GRANTED IN PART and DEFERRED IN PART.** |
| **ORDERED:** | Defendants' Motion in Limine [doc. #76], filed March 13, 2009, is **DEFERRED.** |
| **ORDERED:** | Plaintiffs' Second Motion in Limine [doc. #77], filed March 13, 2009, is **DEFERRED.** |
| 5:09 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **forty-five (45) minutes per side.** |
| 5:11 p.m. | Court outlines procedures for voir dire and jury selection. |
| **ORDERED:** | Counsel will be allowed supplemental voir dire not to exceed **fifteen (15) to twenty (20) minutes per side.** |

**ORDERED:**   Counsel shall file trial briefs, addressing the threshold issues outlined by the Court, not later than **Monday, May 4, 2009.**

**ORDERED:**   Responses to trial briefs shall be filed not later than **Wednesday, May 6, 2009.**

**5:25 p.m.**   Court in Recess - HEARING CONCLUDED

<u>**TOTAL TIME:   1:14**</u>